UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MIGUEL PEREZ LOZANO, on behalf of himself :
and all others similarly situated,
:
                 Plaintiff, :
: **No. 24 Civ. 5476 (CS)(AEK)**
       -against- :
:
CAJUN SEAFOOD MIDDLETOWN LLC d/b/a :
HOOK & REEL SEAFOOD AND BAR and YAN : ~~(PROPOSED)~~ **JUDGMENT**
QUIN NI, :
                Defendants. :
------------------------------------------------------------------X

      **The Court Orders that:**

      Plaintiff Miguel Perez Lozano recovers from Defendants Cajun Seafood Middletown LLC d/b/a Hook & Reel Seafood and Bar and Yan Quin Ni, jointly and severally, the total amount of Fifty-Five Thousand Dollars and Zero Cents ($55,000.00), inclusive of attorneys' fees and costs, as set forth and subject to the terms in the accepted offer of judgment (ECF No. 19).

Dated:  White Plains, New York

              December 2
          _____, 2024

                                                                  SO ORDERED.

                                                               _____
                                                               CATHY SEIBEL, U.S.D.J.